MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00705 YGR |
|---|---|---|
| | ) | |
| v. | ) | ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ALONZO JUAN HERNANDEZ, | ) | Date: April 18, 2013 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Court: Hon. Yvonne Gonzalez Rogers |

     Defendant Alonzo Juan Hernandez appeared before the Court on April 18, 2013. With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from April 18, 2013 to the pretrial conference on August 30, 2013. The parties agreed, and the Court found and held, as follows:

     1.    The parties sought and agreed to the exclusion of time pursuant to the Speedy Trial Act because defendant needs additional time to review the discovery and to investigate this

ORDER RE: TIME EXCLUSION
CR-12-00705 YGR           1

matter, including the location and interview of at least one additional witness. Additionally, defense counsel is unavailable during three weeks in June, and defense investigative resources are tied up in preparation for another trial in August 2013.

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from April 18, 2013 to August 30, 2013 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for effective preparation of counsel, continuity of defense counsel, and in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Hernandez, the period from April 18, 2013 to August 30, 2013 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: April 22, 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

Approved As To Form:


   /s/                                                                    /s/
JAMES C. MANN                             ANGELA M. HANSEN
Assistant United States Attorney          Counsel for Alonzo Juan Hernandez
Counsel for United States

ORDER RE: TIME EXCLUSION
CR-12-00705 YGR                              2