MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALONZO JUAN HERNANDEZ,<br><br>　　　　　Defendant. | Case No. CR-12-00705 YGR<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING/EXCLUSION OF TIME**<br><br><br>Date: July 18, 2013<br>Time: 2:00 p.m.<br>Ctrm:<br>Hon. YVONNE GONZALEZ ROGERS |

　　　Defendant ALONZO JUAN HERNANDEZ, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney James Mann, hereby stipulate and agree to continue the status hearing in this matter from July 18, 2013, at 2:00 p.m. to August 29, 2013 at 2:00 p.m.  The parties agree that excluding the time resulting from this continuance from computation under the Speedy Trial Act is in the interest of justice and outweighs the best interest of both the public and the defendant in a speedy trial, and is necessary for effective preparation of defense counsel.

　　　Good cause exists for this request in that despite due diligence, newly appointed defense counsel needs additional time to complete review of the discovery with the defendant, to complete necessary investigation including interview of potential witnesses, and legal research

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

related to potential motions. The current status conference date of July 18th was set at current counsel's initial appearance. As such, this is counsel's first continuance request of the matter.

Accordingly, the parties request the matter be continued to August 29, 2013.

**IT IS SO STIPULATED.**

Dated: 7/16/2013                             /s/ James Mann
                                                               James Mann
                                                               Assistant United States Attorney

Dated: 7/16/2013                             /s/Michael Hinckley
                                                               MICHAEL HINCKLEY
                                                               Attorneys for Defendant

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for sentencing in this matter is continued from July 18, 2013, to August 29, 2013, at 2:00 p.m.

Also, based upon the representation of counsel and the stipulation, and good cause shown, the Court finds that failure to exclude time from July 18, 2013 through August 29, 2013, would unreasonably deny defendant reasonable time necessary for effective preparation of his counsel, taking into account the exercise of due diligence. 18 U.S.C. sec. 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding time from July 18, 2013 through August 29, 2013 from computation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. THEREFORE, IT IS HEREBY ORDERED that the time from July 18, 2013 through August 29, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. sec. 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: July 16, 2013

Hon. YVONNE GONZALEZ ROGERS
United States District Judge

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR