UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>               Plaintiff(s),<br><br>   v.<br><br>HERNANDEZ,<br><br>               Defendant(s). | No. C-12-00705-YGR  (DMR)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISCLOSE INFORMANTS [DOCKET NO. 37] WITHOUT PREJUDICE AND REQUIRING JOINT LETTER** |

The above matter has been referred to Magistrate Judge Donna M. Ryu for resolution of all discovery matters, including the Motion for Disclosure of Informants filed on January 16, 2014. [Docket No. 37.] A hearing on the Motion was noticed for February 27, 2014.

The parties have indicated they are continuing to work to resolve this matter without court intervention. *See* Docket No. 38. Accordingly, the court **VACATES** the current hearing date and **DENIES** the Motion without prejudice. The parties are ordered to continue to meet and confer. If they are unable to resolve the dispute, the parties shall file a joint letter **by 5:00 p.m. on February 18, 2014**. Proceeding issue by issue, the joint letter shall set forth each dispute, followed by each party's argument. The joint letter shall not exceed ten pages.

IT IS SO ORDERED.

Dated: February 6, 2014

DONNA M. RYU
United States Magistrate Judge