MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALONZO JUAN HERNANDEZ,<br><br>    Defendant. | Case No. CR-12-00705 YGR (DMR)<br><br>**STIPULATION AND** ~~[PROPOSED]~~<br>**ORDER RE EXCLUSION OF TIME** |

    Defendant ALONZO JUAN HERNANDEZ, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney James Mann, hereby stipulate and agree that excluding the time from February 6, 2014 to February 27, 2014, from computation under the Speedy Trial Act is in the interest of justice and outweighs the best interest of both the public and the defendant in a speedy trial, and is necessary for effective preparation of defense counsel.

    Good cause exists for this request in that the defense has requested and is currently negotiating/litigating discovery issues during the at-issue time period.

///

///

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

**IT IS SO STIPULATED.**

Dated: 2/11/2014    /s/ James Mann

James Mann
Assistant United States Attorney

Dated: 2/11/2014    /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, and good cause shown, the Court finds that failure to exclude time from February 6, 2014 through February 27, 2014, would unreasonably deny defendant reasonable time necessary for effective preparation of his counsel, taking into account the exercise of due diligence.  18 U.S.C. sec. 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding time from February 6, 2014 through February 27, 2014, from computation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial.  THEREFORE, IT IS HEREBY ORDERED that the time from February 6, 2014 through February 27, 2014, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. sec. 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: February 12, 2014

Hon. DONNA M. RYU
United States Magistrate Judge

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR