MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALONZO JUAN HERNANDEZ,<br><br>Defendant. | Case No. CR-12-00705 YGR (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENTION OF TIME AND TO CONTINUE FILING DATE** |

Defendant ALONZO JUAN HERNANDEZ, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney James Mann, hereby stipulate and agree to extend time to meet and confer, and to continue the date for filing of a joint letter from February 18, 2014 to February 27, 2014.

Good cause exists for this request in that pursuant to the Court's order of February 6, 2014, the parties have been meeting and conferring in an attempt to resolve the at-issue outstanding discovery matter.  Despite due diligence, additional time is needed to complete this process.

///

///

///

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

1 **IT IS SO STIPULATED.**

2 Dated: 2/18/2014                              /s/ James Mann

3

4                                                                James Mann
                                                                 Assistant United States Attorney

5 Dated: 2/18/2014                              /s/Michael Hinckley

6                                                                MICHAEL HINCKLEY
                                                                 Attorneys for Defendant

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the Court extends time for the parties to meet and confer and the date for filing of the previously ordered joint letter is continued from February 18, 2014 to February 27, 2014.

IT IS SO ORDERED.

Dated:  February 19, 2014

_____
Hon. DONNA M. RYU
United States Magistrate Judge

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR