MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:     (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>ALONZO JUAN HERNANDEZ,<br><br>             Defendant. | Case No. CR-12-00705 YGR (DMR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE TO CONTINUE FILING<br>DATE AND EXCLUSION OF TIME** |

    Defendant ALONZO JUAN HERNANDEZ, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney James Mann, hereby stipulate and agree to extend time to meet and confer, and to continue the date for filing of a joint letter from February 27, 2014 to March 13, 2014.  The parties also stipulate and agree that excluding the time from February 27, 2014 to March 13, 2014, from computation under the Speedy Trial Act is in the interest of justice and outweighs the best interest of both the public and the defendant in a speedy trial, and is necessary for effective preparation of defense counsel.

    Good cause exists for this request.  The parties continue to engage in discussions and exchange information in order to attempt to resolve the discovery dispute, and to possibly

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

resolve the case.   A short continuance providing additional time is needed to complete this process.

**IT IS SO STIPULATED.**

Dated:  2/27/2014                                     /s/ James Mann

                                                      James Mann
                                                      Assistant United States Attorney

Dated:  2/27/2014                                     /s/Michael Hinckley

                                                      MICHAEL HINCKLEY
                                                      Attorneys for Defendant

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the Court extends time for the parties to meet and confer and the date for filing of the previously ordered joint letter is continued from February 27, 2014 to March 13, 2014. The Court further finds that failure to exclude time from February 27, 2014 through March 13, 2014, would unreasonably deny defendant reasonable time necessary for effective preparation of his counsel, taking into account the exercise of due diligence. 18 U.S.C. sec. 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding time from February 27, 2014 through March 13, 2014, from computation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. THEREFORE, IT IS HEREBY ORDERED that the time from February 27, 2014 through March 13, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. sec. 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: February 28, 2014

Hon. DONNA M. RYU
United States Magistrate Judge

U.S. V. ALONZO HERNANDEZ, CR 12-00705 YGR