1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       James.C.Mann@usdoj.gov

8  Attorneys for the United States of America

9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) | No. CR-12-00705 YGR
   |                           | ) |
14 |                           | ) | STIPULATED REQUEST TO SET AND
   |                           | ) | EXCLUDE TIME AND [PROPOSED] ORDER
15 |     v.                    | ) |
   |                           | ) |
16 | ALONZO JUAN HERNANDEZ,    | ) |
   |                           | ) |
17 |     Defendant.            | ) |
   |                           | ) |
18

19     The above-captioned matter was referred to the Honorable Donna M. Ryu for a hearing on

20 defendant's motion for disclosure of the confidential informant. That motion was resolved on March 13,

21 2014. The parties request, therefore, that this matter be set on this Court's calendar on April 3, 2014 for

22 trial setting. Defendant is continuing to review discovery, to conduct investigation, and to prepare for

23 trial. As a result, the parties request that the Court exclude time between March 14, 2014 and April 3,

24 2014 for effective preparation of defense counsel, taking into account the exercise of due diligence, and

25 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The extension is not sought for delay, and the

26 ////

27 ////

28

STIPULATED REQUEST TO SET AND EXCLUDE TIME; AND, [PROPOSED] ORDER
CR-12-00705 YGR

parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  March 14, 2014

MELINDA HAAG
United States Attorney

_____/s/_____         _____/s/_____
JAMES C. MANN                                           MICHAEL HINCKLEY
Assistant United States Attorney                        Counsel for Defendant

    IT IS HEREBY ORDERED that, the above-captioned matter is set for April 3, 2014 at 2:00 p.m. for trial setting.  It is further ORDERED that time between March 14, 2014 and April 3, 2014 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 18, 2014
_____         _____
                                           HON. YVONNE GONZALEZ ROGERS
                                           United States District Court Judge