MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00705 YGR |
| --- | --- | --- |
| v. | ) ) ) ) ) | STIPULATED REQUEST TO SET MATTER FOR CHANGE OF PLEA ON JUNE 5, 2014 AND ORDER |
| ALONZO JUAN HERNANDEZ, | ) ) ) ) ) | Date:    August 1, 2014<br>Time:   9:30 a.m.<br>Court:  Hon. Yvonne Gonzalez Rogers |
| Defendant. | | |

The above-captioned matter is set on August 1, 2014 before this Court for a pretrial hearing. The parties, however, have reached a proposed resolution. Therefore, the parties jointly request that the matter be set for a change of plea hearing on June 5, 2014 at 2:00 p.m.

DATED: June 2, 2014

MELINDA HAAG
United States Attorney

_____/s/_____       _____/s/_____
JAMES C. MANN      MICHAEL HINCKLEY
Assistant United States Attorney      Counsel for Defendant

IT IS HEREBY ORDERED that, the above-captioned matter is set for a change of plea hearing on June 5, 2014 at 2:00 p.m.

DATED: June 4, 2014

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIPULATED REQUEST TO SET MATTER FOR CHANGE OF PLEA AND [PROPOSED] ORDER
CR-12-00705 YGR