UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ALONZO JUAN HERNANDEZ,**<br>Defendant. | Case No. 12-cr-00705-YGR-1<br><br>**ORDER GRANTING IN PART MOTION FOR ENLARGEMENT OF TIME**<br>Re: Dkt. No. 77 |

Defendant has filed a motion for an extension of time to file a motion pursuant to 28 U.S.C. § 2255. (Dkt. No. 77.) Defendant seeks an additional ninety days from the statutory deadline in light of "several institutional lockdowns" resulting in closure of the legal library, hindering his research. (*Id*. at 2.) Good cause shown, the Court **GRANTS IN PART** the motion. The deadline is extended to **March 1, 2016**.

This Order terminates Docket Number 77.

**IT IS SO ORDERED.**

Dated: January 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**